■ SARAH KANARE et al., Respondents, v. CITY OF NEW YORK, Appellant. — In an action to recover damages for personal injuries and for medical expenses and loss of services, the appeal is from an order denying a motion, pursuant to section 181 of the Civil Practice Act and rule 156 of the Rules of Civil Practice, to dismiss the complaint for lack of prosecution, on condition that respondents serve and file a note of issue for the next available term. Order reversed, without costs, and motion granted, without costs. Under all the circumstances, it was an improvident exercise of discretion not to have granted the motion to dismiss the complaint for lack of prosecution. Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur.

■ RICHARD MANSOOR, by His Guardian ad Litem, LUTFI A. MANSOOR, et al., Respondents, v. ARNOLD SIMON, Appellant.— In an action by an infant to recover damages for personal injuries and by his father for medical expenses and loss of services, the appeal is from an order granting appellant's motion for a physical examination of the infant by a physician designated by the court, insofar as said order unconditionally provides, as requested by respond-

ents, that a copy of the examining physician's report be furnished to respondents' attorney. Appellant contends, *inter alia*, that as a condition for furnishing a copy of the report, respondents should be required to furnish appellant with a copy of the reports of examinations by their own physician or physicians. Order, insofar as appealed from, affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ., concur.